IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUNSHINE ROOMS dba Crystal Structures,

            Plaintiff,

   v.

KPH CONSTRUCTION CORPORATION and
LIBERTY MUTUAL SURETY,

           Defendants.

ORDER

15-cv-262-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this civil action under the Miller Act and for breach of contract, plaintiff Sunshine Rooms has filed what it calls a "notice to stay proceedings" on the ground that it is engaged in contractually-required arbitration with defendants KPH Construction Corporation and Liberty Mutual Surety. Dkt. #3. Plaintiff has not served defendants but they filed a limited appearance to confirm that they are engaged in arbitration with plaintiff. Dkt. #4. Rather than keeping this case open indefinitely during the arbitration proceedings, I will close the case administratively. Any of the parties may move to reopen the case if the arbitration does not resolve all the issues in this matter.

ORDER

IT IS ORDERED that plaintiff Sunshine Rooms's request to stay the proceedings, dkt. #3, is GRANTED IN PART. The clerk of court is directed to close the case

1

administratively. At the conclusion of the arbitration proceedings, any party may move to reopen the case if any issues remain unresolved and are within this court's jurisdiction.

Entered this 24th day of June, 2015.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge